UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| ROBERT EDWARD SNEED,<br><br>    Petitioner,<br><br>V.<br><br>SHAWN MCKENZIE, *Warden,*<br><br>    Respondent. | CIVIL NO. 6:25-189-KKC-CJS<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on petitioner Robert Edward Sneed's petition for a writ of habeas corpus (R. 1) under 28 U.S.C. § 2254 and the magistrate judge's recommendation that the petition be denied (R. 7).

In 1994, Sneed was convicted in Kentucky state court of murder. He has attempted numerous times since then to vacate his sentence. (*See* R. 7 at 6.) Sneed did not file the proper paperwork for his petition. The magistrate judge ordered Sneed to provide the proper form, which has not been submitted. The deadline to do so has long passed.

The magistrate judge has entered a recommendation that Sneed's petition for habeas relief in this Court be denied. The Court has given Sneed ample time to file the correct paperwork. The report and recommendation was filed on December 19, 2025. Sneed did not file any objections. Further, the Court has reviewed the recommendation and agrees with its analysis and conclusions.

Accordingly, it is hereby ORDERED as follows:

1) the Report and Recommendation (R. 7) is ADOPTED as the Court's opinion;

2) Sneed's petition for habeas relief is DISMISSED WIHTOUT PREJUDICE;

3) if Sneed filed his petition in conformity with the standard form, his petition shall be TRANSFERRED to the Sixth Circuit pursuant to § 2244(a) for a determination as to whether the District Court may review it; and

4) a judgment consistent with this order and the Report and Recommendation will be entered.

This 6th day of January, 2025.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge